# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FT. MYERS DIVISION

HELGA HOH, Individually, and as Personal
Representative of the Estate of Juergen
Friedrich Hoh,

                        Plaintiff,

-vs-                                      Case No.  2:04-mc-10-FTM-DNF

RANDALL POOLER, Senior Attorney Area
Counsel, United States Department of the
Treasury, et al.,

                        Defendants.
_____/

## ORDER

    This cause came on for consideration on the following motion(s) filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION TO COMPEL (Doc. No. 1)** |
| **FILED:** | **June 17, 2004** |

**THEREON** it is **ORDERED** that the motion is **DENIED** as moot.

    On May 31, 2005, the parties filed Joint Notice to the Court Regarding Status of Settlement.

(Doc. 16).  The parties informed the Court that they had settled the matters raised in the Motion to

Compel, and agreed to absorb their respective fees and costs.

    **IT IS FURTHER ORDERED:**

    1) The Clerk is directed to close this file.

2) The parties have the right to reopen this file within 120 days from the date hereof upon a showing of good cause.

**DONE** and **ORDERED** in Chambers in Ft. Myers, Florida this 16th      day of June, 2005.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies:
All Parties of Record